Jason S. Brookner
Texas Bar No. 24033684
Andrew K. York
Texas Bar No. 24051554
Drake M. Rayshell
Texas Bar No. 24118507
**GRAY REED**
1601 Elm Street, Suite 4600
Dallas, Texas 75201
Telephone:   (214) 954-4135
Facsimile:    (214) 953-1332
Email:         jbrookner@grayreed.com
                   dyork@grayreed.com
                   drayshell@grayreed.com

**ATTORNEYS FOR PATRICK DAUGHERTY**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| In re:<br><br>HIGHLAND CAPITAL MANAGEMENT, L.P.[1]<br><br>Reorganized Debtor. | Chapter 11<br><br>Case No. 19-34054 (SGJ) |
| SCOTT BYRON ELLINGTON.<br><br>               Petitioner,<br><br>   v.<br><br>PATRICK DAUGHERTY,<br><br>               Respondent. | Adv. No. 22-03003-sgj<br>*Removed from the 101st Judicial District Court of Dallas County, Texas*<br>*Cause No. DC-22-00304* |

**NOTICE OF STATUS CONFERENCE**

---

[1] The Reorganized Debtor's last four digits of its taxpayer identification number are (8357). The headquarters and service address for the above-captioned Reorganized Debtor is 100 Crescent Court, Suite 1850, Dallas, TX 75201.

**NOTICE OF STATUS CONFERENCE – PAGE 1**
4891-2383-6170.1

**PLEASE TAKE NOTICE** that a hearing/status conference concerning this adversary proceeding will take place **via Webex on** <u>**Tuesday, March 01, 2022, at 1:30 p.m. Central Time**</u>, before the Honorable Stacey G. C. Jernigan, U.S. Bankruptcy Judge for the Northern District of Texas.

**PLEASE TAKE FURTHER NOTICE** that any parties who wish to participate in the hearings may do so via Webex by visiting the Webex hearing link on the Court's Hearing Dates and Calendar webpage at the following link: https://us-courts.webex.com/meet/jerniga.

**PLEASE TAKE FURTHER NOTICE** that the Court requests that in advance of the hearings all parties familiarize themselves with the Court's Webex Information and Tips: https://www.txnb.uscourts.gov/content/judge-stacey-g-c-jernigan.

Respectfully submitted this 18th day of January 2022.

    Respectfully submitted,

    **GRAY REED**

    By: /s/ *Jason S. Brookner*
        Jason S. Brookner
        Texas Bar No. 24033684
        Andrew K. York
        Texas Bar No. 24051554
        Drake M. Rayshell
        Texas Bar No. 24118507
    1601 Elm Street, Suite 4600
    Dallas, Texas 75201
    Telephone:  (214) 954-4135
    Facsimile:  (214) 953-1332
    Email:     jbrookner@grayreed.com
              dyork@grayreed.com
              drayshell@grayreed.com

    **ATTORNEYS FOR PATRICK DAUGHERTY**

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that on the 18th day of January 2022, he caused a true and correct copy of the foregoing pleading to be served via the court's ECF system and via email on counsel for Plaintiff as shown below:

| | |
|---|---|
| Julie Pettit, Esq.<br>David B. Urteago, Esq.<br>THE PETTIT LAW FIRM<br>2101 Cedar Springs, Suite 1540<br>Dallas, Texas 75201<br>jpettit@pettitfirm.com<br>durteago@pettitfirm.com<br><br>***Attorneys for Scott Byron Ellington*** | Michael K. Hurst, Esq.<br>Mary Goodrich Nix, Esq.<br>Nathaniel A. Plemons, Esq.<br>LYNN PINKER HURST & SCHWEGMANN, LLP<br>2100 Ross Avenue, Suite 2700<br>Dallas, Texas 75201<br>mhurst@lynnllp.com<br>mnix@lynnllp.com<br>nplemons@lynnllp.com<br><br>***Attorneys for Scott Byron Ellington*** |

                                                */s/ Jason S. Brookner*
                                                Jason S. Brookner