

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed February 1, 2022**

_____
United States Bankruptcy Judge
_____

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | |
|---|---|
| In re:<br><br>HIGHLAND CAPITAL MANAGEMENT, L.P.,<br><br>Reorganized Debtor. | Chapter 11<br><br>Case No. 19-34054-sgj11 |
| SCOTT BYRON ELLINGTON,<br><br>Petitioner,<br><br>v.<br><br>PATRICK DAUGHERTY,<br><br>Respondent. | Adv. Pro. No. 22-03003-sgj<br>*Removed from the 101st Judicial District Court of Dallas County, Texas Cause No. DC-22-0304* |

### ORDER DENYING SCOTT ELLINGTON'S
### MOTION FOR SETTING AND REQUEST FOR EXPEDITED HEARING

Upon consideration of *Scott Ellington's Motion for Expedited Hearing* [Docket No. 4] (the "***Motion to Expedite***") and *Patrick Daugherty's Response to Scott Ellington's Motion for Setting and Request for Expedited Hearing* (the "***Response***") [Docket No. 5] and that sufficient notice of

the Motion to Expedite having been given; and having determined that the relief requested is not warranted at this time, it is hereby ORDERED:

1. The Motion to Expedite is DENIED.

2. A hearing on *Scott Ellington's Emergency Motion to Abstain and to Remand* [Dkt. No. 3] will be set in the due course of business.

3. As agreed in the Response, Patrick Daughtery shall abide by the terms of the Temporary Restraining Order issued by the state court pending the Court's disposition of the Motion to Remand, and further order of this Court or the state court.

### # # # End of Order # # #

Proposed form of order prepared by:


Frances A. Smith
State Bar No. 24033084
Eric Soderlund
State Bar No. 24037525
**ROSS & SMITH, PC**
700 N. Pearl Street, Suite 1610
Dallas, Texas 75201
Telephone: 214-377-7879
Facsimile: 214-377-9409
Email: frances.smith@judithwross.com
Email: eric.soderlund@judithwross.com

Michelle Hartmann
State Bar No. 24032402
**BAKER & MCKENZIE LLP**
1900 North Pearl, Suite 1500
Dallas, Texas 75201
Telephone: 214-978-3000
Facsimile: 214-978-3099
Email: michelle.hartmann@bakermckenzie.com

Debra A. Dandeneau
Blaire Cahn
**BAKER & MCKENZIE LLP**
452 Fifth Ave
New York, NY 10018
Telephone: 212-626-4875
Email: debra.dandeneau@bakermckenzie.com

Email: frank.grese@bakermckenzie.com
(*Admitted pro hac vice*)

*Co-Counsel for Scott Ellington*