

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed February 1, 2022**

_____
**United States Bankruptcy Judge**
_____

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | |
|---|---|
| In re:<br><br>HIGHLAND CAPITAL MANAGEMENT, L.P.,<br><br>Reorganized Debtor. | Chapter 11<br><br>Case No. 19-34054-sgj11 |
| SCOTT BYRON ELLINGTON,<br><br>Petitioner,<br><br>v.<br><br>PATRICK DAUGHERTY,<br><br>Respondent. | Adv. Pro. No. 22-03003-sgj<br>*Removed from the 101st Judicial District Court of Dallas County, Texas Cause No. DC-22-0304* |

### ORDER DENYING SCOTT ELLINGTON'S
### MOTION FOR SETTING AND REQUEST FOR EXPEDITED HEARING

Upon consideration of *Scott Ellington's Motion for Expedited Hearing* [Docket No. 4] (the "**Motion to Expedite**") and *Patrick Daugherty's Response to Scott Ellington's Motion for Setting and Request for Expedited Hearing* (the "**Response**") [Docket No. 5] and that sufficient notice of

the Motion to Expedite having been given; and having determined that the relief requested is not warranted at this time, it is hereby ORDERED:

1. The Motion to Expedite is DENIED.

2. A hearing on *Scott Ellington's Emergency Motion to Abstain and to Remand* [Dkt. No. 3] will be set in the due course of business.

3. As agreed in the Response, Patrick Daughtery shall abide by the terms of the Temporary Restraining Order issued by the state court pending the Court's disposition of the Motion to Remand, and further order of this Court or the state court.

# # # End of Order # # #

Proposed form of order prepared by:

Frances A. Smith
State Bar No. 24033084
Eric Soderlund
State Bar No. 24037525
**ROSS & SMITH, PC**
700 N. Pearl Street, Suite 1610
Dallas, Texas 75201
Telephone: 214-377-7879
Facsimile: 214-377-9409
Email: frances.smith@judithwross.com
Email: eric.soderlund@judithwross.com

Michelle Hartmann
State Bar No. 24032402
**BAKER & MCKENZIE LLP**
1900 North Pearl, Suite 1500
Dallas, Texas 75201
Telephone: 214-978-3000
Facsimile: 214-978-3099
Email: michelle.hartmann@bakermckenzie.com

Debra A. Dandeneau
Blaire Cahn
**BAKER & MCKENZIE LLP**
452 Fifth Ave
New York, NY 10018
Telephone: 212-626-4875
Email: debra.dandeneau@bakermckenzie.com

Email: frank.grese@bakermckenzie.com
(*Admitted pro hac vice*)

*Co-Counsel for Scott Ellington*

United States Bankruptcy Court
Northern District of Texas

Ellington,
    Plaintiff

Daugherty,
    Defendant

Adv. Proc. No. 22-03003-sgj

# CERTIFICATE OF NOTICE

District/off: 0539-3      User: admin      Page 1 of 1
Date Rcvd: Feb 02, 2022      Form ID: pdf001      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 04, 2022:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| ust | + Email/Text: ustpregion06.da.ecf@usdoj.gov | Feb 02 2022 23:23:00 | United States Trustee, 1100 Commerce Street, Room 976, Dallas, TX 75242-0996 |

TOTAL: 1

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 04, 2022      Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 2, 2022 at the address(es) listed below:

**Name**      **Email Address**

Frances Anne Smith
     on behalf of Plaintiff Scott Byron Ellington frances.smith@judithwross.com michael.coulombe@judithwross.com

Jason S. Brookner
     on behalf of Defendant Patrick Daugherty jbrookner@grayreed.com lwebb@grayreed.com;acarson@grayreed.com

TOTAL: 2