

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed February 15, 2022**

_____
United States Bankruptcy Judge

_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| HIGHLAND CAPITAL MANAGEMENT, L.P.,[1] | Case No. 19-34054 (SGJ) |
| Reorganized Debtor. | |
| SCOTT BYRON ELLINGTON, | |
| Plaintiff, | Adv. No. 22-03003-sgj |
| | *Removed from the 101st Judicial District Court of Dallas County, Texas* |
| v. | *Cause No. DC-22-00304* |
| PATRICK DAUGHERTY, | |
| Defendant. | |

---

[1] The last four digits of the Reorganized Debtor's taxpayer identification number are (8357). The headquarters and service address for the Reorganized Debtor is 100 Crescent Court, Suite 1850, Dallas, TX 75201.

4874-2302-3119.1

## ORDER GRANTING DEFENDANT'S MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION TO ABSTAIN AND TO REMAND

On this day the Court considered Defendant Patrick Daugherty's Motion for Extension of Time to Respond to Plaintiff's Motion to Abstain and to Remand [Docket No. 10]. After considering the Motion, the Court is of the opinion that the Motion should be **GRANTED**.

**IT IS THEREFORE ORDERED** that Defendant shall file his Response to Plaintiff's Motion to Abstain and to Remand on or before **February 23, 2022**.

# # # End of Order # # #

Proposed form of order prepared by:

Jason S. Brookner
Texas Bar No. 24033684
Andrew K. York
Texas Bar No. 24051554
Drake M. Rayshell
Texas Bar No. 24118507
**GRAY REED**
1601 Elm Street, Suite 4600
Dallas, Texas 75201
Telephone: (214) 954-4135
Facsimile: (214) 953-1332
Email: jbrookner@grayreed.com
        dyork@grayreed.com
        drayshell@grayreed.com

**ATTORNEYS FOR PATRICK DAUGHERTY**