Jason S. Brookner
Texas Bar No. 24033684
Andrew K. York
Texas Bar No. 24051554
Drake M. Rayshell
Texas Bar No. 24118507
**GRAY REED**
1601 Elm Street, Suite 4600
Dallas, Texas 75201
Telephone: (214) 954-4135
Facsimile: (214) 953-1332
Email: jbrookner@grayreed.com
       dyork@grayreed.com
       drayshell@grayreed.com

**COUNSEL TO PATRICK DAUGHERTY**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| HIGHLAND CAPITAL MANAGEMENT, L.P.,[1] | Case No. 19-34054 (SGJ) |
| Reorganized Debtor. | |
| SCOTT BYRON ELLINGTON, | |
| Plaintiff, | Adv. No. 22-03003-sgj |
| | *Removed from the 101st Judicial District Court of Dallas County, Texas Cause No. DC-22-00304* |
| v. | |
| PATRICK DAUGHERTY, | |
| Defendant. | |

---

[1] The last four digits of the Reorganized Debtor's taxpayer identification number are (8357). The headquarters and service address for the Reorganized Debtor is 100 Crescent Court, Suite 1850, Dallas, TX 75201.

4855-0526-2864.1
4855-0526-2864.1

2

**PATRICK DAUGHERTY'S RESPONSE TO SCOTT ELLINGTON'S
EMERGENCY MOTION TO ABSTAIN AND REMAND**

For the reasons set forth in the concurrently filed Brief in Support, Patrick Daugherty respectfully requests that the Court deny Scott Ellington's *Emergency Motion to Abstain and Remand* [Docket No. 3].

[Remainder of page intentionally left blank]

Respectfully submitted this 23rd day of February, 2022.

**GRAY REED**

By: /s/ *Jason S. Brookner*
    Jason S. Brookner
    Texas Bar No. 24033684
    Andrew K. York
    Texas Bar No. 24051554
    Drake M. Rayshell
    Texas Bar No. 24118507
1601 Elm Street, Suite 4600
Dallas, Texas 75201
Telephone: (214) 954-4135
Facsimile: (214) 953-1332
Email:    jbrookner@grayreed.com
           dyork@grayreed.com
           drayshell@grayreed.com

**COUNSEL TO PATRICK DAUGHERTY**

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 23rd day of February, 2022, he caused a true and correct copy of the foregoing pleading to be served via the Court's electronic case filing system (ECF) on all parties to this proceeding who have so-subscribed.

/s/ *Jason S. Brookner*
Jason S. Brookner

3
