Frances A. Smith
State Bar No. 24033084
Eric Soderlund
State Bar No. 24037525
**ROSS & SMITH, PC**
700 North Pearl Street, Suite 1610
Dallas, Texas 75201
Telephone: 214-377-7879
Facsimile: 214-377-9409
Email: frances.smith@judithwross.com
       eric.soderlund@judithwross.com

*Co-Counsel for Scott Ellington*

Michelle Hartmann
State Bar No. 24032402
**BAKER & McKENZIE LLP**
1900 North Pearl, Suite 1500
Dallas, TX 75201
Telephone: 214-978-3000
Facsimile: 214-978-3099
Email:
michelle.hartmann@bakermckenzie.com

Debra A. Dandeneau (admitted *pro hac vice*)
Frank Grese (admitted *pro hac vice*)
**BAKER & McKENZIE LLP**
452 Fifth Avenue
New York, NY  10018
Tel: 212-626-4100
Fax: 212 310-1600
Email:
debra.dandeneau@bakermckenzie.com
       frank.grese@bakermckenzie.com

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| In re:<br><br>HIGHLAND CAPITAL MANAGEMENT, L.P,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 19-34054-sgj11 |
| SCOTT BYRON ELLINGTON<br><br>Petitioner,<br><br>V.<br><br>PATRICK DAUGHERTY<br><br>Respondent. | Adv. Pro. NO. 22-03003-sgj<br>*Removed from the 101st Judicial District Court of Dallas County, Texas Cause No. DC-22-0304* |

---

[1] The Debtor's last four digits of its taxpayer identification number are (6725). The headquarters and service address for the above-captioned Debtor is 300 Crescent Court, Suite 700, Dallas, TX 75201.

**SCOTT ELLINGTON'S
WITNESS AND EXHIBIT LIST FOR HEARING SCHEDULED FOR
MARCH 29, 2022 AT 1:30 P.M. (PREVAILING CENTRAL TIME)**

Scott Ellington ("**Ellington**") hereby files this his Witness and Exhibit List for the hearing scheduled on **Tuesday, March 29, 2022 at 1:30 pm** on the following matter:

1. *Scott Ellington's Emergency Motion to Abstain and to Remand* [Dkt. No. 3].

**Ellington's Witness List**

At the hearing, Ellington may call the following persons to testify as witnesses:

1. Any witness called by any other party; and
2. Rebuttal witnesses as necessary.

Ellington reserves the right to cross-examine any witness called by any other party.

**Ellington's Exhibit List**

| EXHIBIT | DESCRIPTION OF EXHIBIT | OFFERED | OBJECTION | ADMITTED |
|---|---|---|---|---|
| SE-1 | Plaintiff's Original Petition, Application for Temporary Restraining Order, Temporary Injunction, and Permanent Injunction [filed in *Scott Byron Ellington v. Patrick Daugherty*, Cause No. DC-22-00304, pending in the 101st Judicial District Court, Dallas County, Texas] | | | |
| SE-2 | Temporary Restraining Order [entered on January 12, 2022 in Scott Byron Ellington v. Patrick Daugherty, Cause No. DC-22-00304, pending in the 101st Judicial District Court, Dallas County, Texas] | | | |
| SE-3 | Screenshot during Scott Ellington's February 16, 2021 deposition [filed by Patrick | | | |

**SCOTT ELLINGTON'S WITNESS AND EXHIBIT LIST**  2

| EXHIBIT | DESCRIPTION OF EXHIBIT | OFFERED | OBJECTION | ADMITTED |
|---|---|---|---|---|
| | Daugherty at Dkt. 16, App. 149] | | | |
| SE-4 | Final Judgment [entered on July 14, 2014 in Highland Capital Management, L.P. v. Patrick Daugherty v. Sierra Verde, LLC, et. al., Cause No. 12-04005, in the 68th Judicial District Court, Dallas County, Texas] | | | |
| SE-5 | Order Approving Settlement with Patrick Hagaman Daugherty (Claim No. 205) and Authorizing Actions Consistent Therewith [entered in main case no. 19-34054 at Dkt. 3298] | | | |
| | Any exhibits designated by any other party | | | |
| | Any exhibits necessary and appropriate as rebuttal evidence | | | |

Ellington reserves the right to amend or supplement this Witness and Exhibit List as necessary in advance of the Hearing. This Witness and Exhibit List is not intended to limit Ellington at the hearing or to imply that Ellington may not seek introduction of evidence that is not on this list. Ellington reserves the right to use any of the exhibits designated by any other party this case.

Dated: March 25, 2022

          By:  */s/ Frances A. Smith*
Frances A. Smith
State Bar No. 24033084
Eric Soderlund
State Bar No. 24037525
Ross & Smith, PC
700 N. Pearl Street, Suite 1610
Dallas, Texas 75201
Telephone: 214-377-7879
Facsimile: 214-377-9409
Email: frances.smith@judithwross.com
       eric.soderlund@judithwross.com

Michelle Hartmann
State Bar No. 24032402
**BAKER & McKENZIE LLP**
1900 North Pearl, Suite 1500
Dallas, TX 75201
Telephone: 214-978-3000
Facsimile: 214-978-3099
Email: michelle.hartmann@bakermckenzie.com

Debra A. Dandeneau (admitted *pro hac vice*)
Frank Grese (admitted *pro hac vice*)
**BAKER & McKENZIE LLP**
452 Fifth Avenue
New York, NY 10018
Tel: 212-626-4100
Fax: 212 310-1600
Email: debra.dandeneau@bakermckenzie.com
       frank.grese@bakermckenzie.com

*Co-Counsel for Scott Ellington*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 25th day of March 2022, a true and correct copy of the above and foregoing document was served on all known counsel via email as set forth below and by the Court's ECF filing system on those parties who have registered for receipt of electronic notice in this case.

*/s/ Frances A. Smith*
Frances A. Smith

Drew K. York <dyork@grayreed.com>, Counsel for Patrick Daugherty;

Drake Rayshell <drayshell@grayreed.com>, Counsel for Patrick Daugherty;

Ruth Ann Daniels <rdaniels@grayreed.com>; Counsel for Patrick Daugherty;

John Morris jmorris@pszjlaw.com, Counsel for the Debtor;

Jeffrey N. Pomerantz jpomerantz@pszjlaw.com, Counsel for the Debtor;

Jason S. Brookner jbrookner@grayreed.com, Counsel for Patrick Daugherty.