

EXHIBIT
SE-3