# EXHIBIT PD-4

I WRIT-ATTY

COMPLETE THIS FORM WHEN REQUESTING THE ISSUANCE OF AN ABSTRACT
OF JUDGMENT, WRIT OF EXECUTION OR ORDER OF SALE ONLY

FILED
16 DEC -2 AM 11:18
FELICIA PITRE
DISTRICT CLERK
DALLAS CO., TEXAS
Anita Freeney DEPUTY

## POST-JUDGMENT REQUEST FORM

A COPY OF THE ORDER OR JUDGMENT MUST BE FURNISHED

CIRCLE ONE: FAMILY or **CIVIL**   CAUSE No. 12-4005

DATE REQUESTED: 12-2-2016
JUDGMENT DATE: 7-14-2014

PETITIONER/PLAINTIFF: Highland Capitol Management

VS.

Patrick Daugherty

REQUEST:
ABSTRACT OF JUDGMENT _____
EXECUTION ✓
ORDER OF SALE _____

DELIVER TO: (CHECK ONE ONLY)
MAIL TO ATTORNEY _____
ATTORNEY PICK UP ✓
COUNTY CLERK _____
SHERIFF OR CONSTABLE _____

AMOUNT OF CREDIT
PAID TOWARD JUDGMENT (IF ANY): $ _____

LAST KNOWN ADDRESS OF JUDGMENT DEBTOR
_____
_____

D.O.B. _____
D.L. # _____
S.S.N. _____

ATTORNEY: Andrews & Kurth
(or party making request)
ADDRESS: 1717 Main St 3700
CITY: Dallas Tx 75201
PHONE #: 214 659 4642

DATE ISSUED: _____
DEPUTY: _____
ROUTED TO: _____

0088