# EXHIBIT PD-5

## RELEASE OF JUDGMENT LIEN

On July 14, 2014, in Cause No. DC-12-04005, the 68th Judicial District Court of Dallas County, Texas, entered a Final Judgment (the "**Final Judgment**"), which, amongst other things, found Defendant/Counter-Plaintiff/Third-Party Plaintiff Patrick Daugherty liable to pay Plaintiff/Counter-Defendant Highland Capital Management, L.P. ("**Highland**") the total principal amount of $2,800,000.00, plus interest (the "**Monetary Award**"). On December 5, 2016, the Final Judgment was recorded in the Dallas County Real Property Records as Instrument No. 201600338631. I am the authorized agent for Highland, who is the party entitled to receive payment of the Monetary Award under the Final Judgment. The Monetary Award granted in the Final Judgment is now completely satisfied and no additional amounts are owed thereunder. Therefore, Highland hereby releases Daugherty from any lien existing because of the Final Judgment.

SIGNED on 10/6/2017      By: _____ Woods _____
                                    On behalf of Highland Capital Management, L.P.

This instrument was acknowledged before me on 10/6/2017 by Crystal Jamison Woods.

DEBORAH A JOHNSON
NOTARY ID #1054296-9
My Commission Expires
June 03, 2020

My Commission Expires:
6/3/2020

_____
Notary Public, State of Texas

Filed and Recorded
Official Public Records
John F. Warren, County Clerk
Dallas County, TEXAS
10/10/2017 12:21:48 PM
$26.00
201700286326

DAL:962536.1

0089