**EXHIBIT PD-7**

**PRICKETT, JONES & ELLIOTT**
A PROFESSIONAL ASSOCIATION

Writer's Direct Dial:
(302) 888-6532

**1310 KING STREET, BOX 1328
WILMINGTON, DELAWARE 19899**
TEL: (302) 888-6500
FAX: (302) 658-8111
http://www.prickett.com

Writer's E-Mail Address:
bcjameson@prickett.com

February 14, 2016

*Via email*

Kevin G. Abrams
Abrams & Bayliss LLP
20 Montchanin Road, Suite 200
Wilmington, Delaware 19807

Re: <u>Highland Capital Management LP Escrow Agreement</u>

Dear Kevin:

We have been retained as counsel to Patrick Daugherty. I write to you in your capacity as escrow agent under the Escrow Agreement dated December 13, 2013 between Highland Capital Management LP and Abrams & Bayliss LLP. Defined terms used in this letter are taken from the Escrow Agreement

We refer to Section 3(b) which specifies the circumstances under which you as escrow agent are to disburse the Escrow Funds. This is not a notice under that section and we are not requesting transfer of the Escrow Funds at this time.

We advise you that the Daugherty Action has been litigated to conclusion. As a result, Mr. Daugherty (who is a third-party beneficiary of the escrow agreement) now has all beneficial rights to the Deposit Assets. Pending further instruction from Mr. Daugherty, please be advised that Mr. Daugherty will consider any distribution, transfer, reduction or other action taken with respect to the Deposit Assets to be inconsistent with his legal rights if such actions are taken without his consent.

If you receive any instructions from any party other than Mr. Daugherty, you should not take any action pursuant to such instructions. All Deposit Assets should remain in escrow with you pending further notice from Mr. Daugherty.

Please contact me if you have any questions.

0104

Kevin G. Abrams
February 14, 2016
Page 2

Very truly yours,

Bruce E. Jameson

BEJ:sej