# EXHIBIT PD-10

