# EXHIBIT PD-16

## Hearing Search Results

Hearings for Judicial Officer **WILLIAMS, STACI** between **3/21/2022** and **3/28/2022**

| Case Number | Style / Defendant | Case Type | Date / Time | Hearing Type | Judge |
|---|---|---|---|---|---|
| DC-19-07432 | RENE O. CAMPOS vs. WEIS BUILDERS, INC. | OTHER CONTRACT | 3/21/2022 9:30 AM | Motion - Summary Judgment | WILLIAMS STACI |
| DC-20-06109 | DEUTSCHE BANK NATIONAL TRUST COMPANY vs. THE UNKNOWN HEIRS AT LAW OF ESTHER MARTINEZ ET AL, et al | PROPERTY | 3/21/2022 10:00 AM | Motion - Summary Judgment | WILLIAMS STACI |
| DC-21-14759 | WELLS FARGO BANK, NA vs. ROY J BREWER,, Jr. | CNTR CNSMR COM DEBT | 3/21/2022 10:30 AM | Motion - Summary Judgment | WILLIAMS STACI |
| DC-21-05006 | DON ROBINSON vs. STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY | MOTOR VEHICLE ACCIDENT | 3/21/2022 11:00 AM | Motion - Strike | WILLIAMS STACI |
| DC-18-07866 | Fernando Herrera vs. Dallas Independent School District | EMPLOYMENT | 3/21/2022 1:30 PM | Motion - Summary Judgment | WILLIAMS STACI |
| DC-18-07866 | Fernando Herrera vs. Dallas Independent School District | EMPLOYMENT | 3/21/2022 2:00 PM | Motion - Summary Judgment | WILLIAMS STACI |
| DC-22-00508 | J.G. WENTWORTH ORIGINATIONS, LLC vs. REDACTED ANNUITANT | OTHER (CIVIL) | 3/21/2022 2:30 PM | MOTION HEARING | WILLIAMS STACI |
| DC-20-06623 | MAXWELL PAPERS LP vs. THE HANOVER INSURANCE GROUP et al | INSURANCE | 3/21/2022 3:00 PM | Motion - Summary Judgment | WILLIAMS STACI |
| DC-17-04178 | AMANDA MIZZELL vs. JORGE FERNANDEZ | MOTOR VEHICLE ACCIDENT | 3/22/2022 9:00 AM | Jury Trial - Civil | WILLIAMS STACI |
| DC-18-05462 | Luis Murillo vs. Jesus Paramo | CNTR CNSMR COM DEBT | 3/22/2022 9:00 AM | Non Jury Trial | WILLIAMS STACI |
| DC-19-06191 | NAN GRAF, et al vs. TEXAS HERITAGE LUXURY HOMES, LLC | CNTR CNSMR COM DEBT | 3/22/2022 9:00 AM | Non Jury Trial | WILLIAMS STACI |

0420

| Case | Parties | Type | Date | Event | Judge |
|---|---|---|---|---|---|
| DC-19-15260 | JUSTIN RAMON THOMPSON vs. THAO PHAM NGUYEN | MOTOR VEHICLE ACCIDENT | 3/22/2022 9:00 AM | Jury Trial - Civil | WILLIAMS STACI |
| DC-19-15328 | MINERVA BLANCO vs. FRITZ MANAGEMENT, LLC, et al | OTHER PERSONAL INJURY | 3/22/2022 9:00 AM | Jury Trial - Civil | WILLIAMS STACI |
| DC-19-15546 | SHASHU HAGOS BERHE vs. JERRY L VANZIE, et al | MOTOR VEHICLE ACCIDENT | 3/22/2022 9:00 AM | Jury Trial - Civil | WILLIAMS STACI |
| DC-19-15897 | PAUL VEGA vs. TIFFANY SHANEE WILLIAMS, et al | MOTOR VEHICLE ACCIDENT | 3/22/2022 9:00 AM | Jury Trial - Civil | WILLIAMS STACI |
| DC-19-16019 | CONQUETTA SPENCER vs. LITAKHOM PADAVONG | MOTOR VEHICLE ACCIDENT | 3/22/2022 9:00 AM | Jury Trial - Civil | WILLIAMS STACI |
| DC-19-16377 | PABLO GARCIA-SALAZAR vs. NARCIZO VERELA CASTRO | MOTOR VEHICLE ACCIDENT | 3/22/2022 9:00 AM | Jury Trial - Civil | WILLIAMS STACI |
| DC-19-16447 | JOSE MURILLO vs. BLESSY CHRISTOPHERSON | MOTOR VEHICLE ACCIDENT | 3/22/2022 9:00 AM | Jury Trial - Civil | WILLIAMS STACI |
| DC-19-16586 | KEITH L. HEARNE, et al vs. IGNACIA ZAVALA, et al | MOTOR VEHICLE ACCIDENT | 3/22/2022 9:00 AM | Jury Trial - Civil | WILLIAMS STACI |
| DC-19-16968 | RODESIA BROWN vs. SANDRA SMITH | MOTOR VEHICLE ACCIDENT | 3/22/2022 9:00 AM | Jury Trial - Civil | WILLIAMS STACI |
| DC-19-17056 | DANIEL VEGA vs. AMBER MARTINEZ MORALES | MOTOR VEHICLE ACCIDENT | 3/22/2022 9:00 AM | Jury Trial - Civil | WILLIAMS STACI |
| DC-19-17599 | CLAUDIA MARTINEZ vs. ALEXIS D. RICO | MOTOR VEHICLE ACCIDENT | 3/22/2022 9:00 AM | Jury Trial - Civil | WILLIAMS STACI |
| DC-19-17638 | LILIA MAYO, et al vs. CARLOS A. PEREZ, et al | MOTOR VEHICLE ACCIDENT | 3/22/2022 9:00 AM | Jury Trial - Civil | WILLIAMS STACI |
| DC-19-17647 | ACENETT ROQUE-GARCIA vs. LUIS A. VASQUEZ, et al | MOTOR VEHICLE ACCIDENT | 3/22/2022 9:00 AM | Jury Trial - Civil | WILLIAMS STACI |
| DC-19-17774 | STACI LOFTON vs. JUAN OCHOA-HERNANDEZ | MOTOR VEHICLE ACCIDENT | 3/22/2022 9:00 AM | Jury Trial - Civil | WILLIAMS STACI |
| DC-19-17902 | AMERICAN STATES INSURANCE COMPANY OF TEXAS vs. BLAKELY ELIZABETH MACARI | MOTOR VEHICLE ACCIDENT | 3/22/2022 9:00 AM | Jury Trial - Civil | WILLIAMS STACI |
| DC-19-… | MARIA MORALES vs. | MOTOR VEHICLE | 3/22/2022 | Jury Trial - | WILLIAMS |

| | | | | | |
|---|---|---|---|---|---|
| 17941 | MEGAN R. PATTISON | ACCIDENT | 9:00 AM | Civil | STACI |
| DC-19-18270 | CM VANTAGE SPECIALTY INSURANCE COMPANY vs. VIGOR BUSINESS GROUP, LLC | OTHER PERSONAL INJURY | 3/22/2022 9:00 AM | Jury Trial - Civil | WILLIAMS STACI |
| DC-19-18367 | NII BOTCHWAY vs. FEDREICO D OLIVERA, et al | MOTOR VEHICLE ACCIDENT | 3/22/2022 9:00 AM | Jury Trial - Civil | WILLIAMS STACI |
| DC-19-18650 | STONISH L. JOHNSON vs. WILLIAM MICHAEL BURNS | OTHER PERSONAL INJURY | 3/22/2022 9:00 AM | Jury Trial - Civil | WILLIAMS STACI |
| DC-19-19107 | CARMEN PERCY vs. MICHAEL MORLEY, et al | MOTOR VEHICLE ACCIDENT | 3/22/2022 9:00 AM | Jury Trial - Civil | WILLIAMS STACI |
| DC-19-19314 | DISCOVER BANK vs. VALERIE A KENWELL | CNTR CNSMR COM DEBT | 3/22/2022 9:00 AM | Non Jury Trial | WILLIAMS STACI |
| DC-19-19531 | ANY CARS INC vs. JIMMY CHAUDHRY, et al | OTHER (CIVIL) | 3/22/2022 9:00 AM | Non Jury Trial | WILLIAMS STACI |
| DC-20-02441 | RAFIA ZAMAN vs. DALLAS SUMMER MUSICALS, INC., et al | OTHER PERSONAL INJURY | 3/22/2022 9:00 AM | Jury Trial - Civil | WILLIAMS STACI |
| DC-20-04806 | TINA ARMSTRONG vs. DOLGENCORP OF TEXAS, INC. | OTHER PERSONAL INJURY | 3/22/2022 9:00 AM | Jury Trial - Civil | WILLIAMS STACI |
| DC-20-09474 | STARTEKK, LLC vs. DAO JENSEN, et al | CNTR CNSMR COM DEBT | 3/22/2022 9:00 AM | Jury Trial - Civil | WILLIAMS STACI |
| DC-20-09689 | STEPHANIE MOLINA vs. WILLIAM ARMADILLO | MOTOR VEHICLE ACCIDENT | 3/22/2022 9:00 AM | Jury Trial - Civil | WILLIAMS STACI |
| DC-20-09917 | NANETTE STARNES vs. COCA-COLA SOUTHWEST BEVERAGES, LLC, et al | OTHER PERSONAL INJURY | 3/22/2022 9:00 AM | Jury Trial - Civil | WILLIAMS STACI |
| DC-20-12106 | PHILLIP CURRY, et al vs. OMAR PEREZ | MOTOR VEHICLE ACCIDENT | 3/22/2022 9:00 AM | Jury Trial - Civil | WILLIAMS STACI |
| DC-20-14066 | SOLEDAD ORELLANA vs. MOHAMMED SALEH | MOTOR VEHICLE ACCIDENT | 3/22/2022 9:00 AM | Jury Trial - Civil | WILLIAMS STACI |
| DC-20-14091 | EVELIA GARFIAS vs. EARMA BOWENS, et al | MOTOR VEHICLE ACCIDENT | 3/22/2022 9:00 AM | Jury Trial - Civil | WILLIAMS STACI |
| DC-20-14306 | DAVID WRIGHT vs. THE PARKS AT WESTMORELAND SENIOR HOUSING, LP, et al | OTHER PERSONAL INJURY | 3/22/2022 9:00 AM | Jury Trial - Civil | WILLIAMS STACI |
| DC-20- | DIAA ALMASHNI, et al | MOTOR VEHICLE | 3/22/2022 | Jury Trial - | WILLIAMS |

0422

| | | | | | |
|---|---|---|---|---|---|
| 14356 | vs. ADNAN ASAD-ABDUD ALHANINI, et al | ACCIDENT | 9:00 AM | Civil | STACI |
| DC-20-14517 | KEDRICK SAMPSON vs. KAORI ITO | MOTOR VEHICLE ACCIDENT | 3/22/2022 9:00 AM | Jury Trial - Civil | WILLIAMS STACI |
| DC-20-14531 | CARLOS RAMOS, et al vs. AUSTIN MEGGINSON | MOTOR VEHICLE ACCIDENT | 3/22/2022 9:00 AM | Jury Trial - Civil | WILLIAMS STACI |
| DC-20-14544 | CITY OF IRVING vs. ISABEL R. KLING, et al | MOTOR VEHICLE ACCIDENT | 3/22/2022 9:00 AM | Jury Trial - Civil | WILLIAMS STACI |
| DC-20-14859 | METROPLEX PLAZA LP vs. DALLAS CENTRAL APPRAISAL DISTRICT | OTHER (CIVIL) | 3/22/2022 9:00 AM | Jury Trial - Civil | WILLIAMS STACI |
| DC-20-14895 | WILLIE THOMPSON vs. STONEGATE SENIOR LIVING LLCet al | MEDICAL MALPRACTICE | 3/22/2022 9:00 AM | Jury Trial - Civil | WILLIAMS STACI |
| DC-20-14935 | CLAUDIA GONZALEZ, et al vs. BARBARA JOHNSON-MCMILLAN | MOTOR VEHICLE ACCIDENT | 3/22/2022 9:00 AM | Jury Trial - Civil | WILLIAMS STACI |
| DC-20-14936 | HERBERT OBERMAN, et al vs. MEGAN LYNN HANCOCK, et al | MOTOR VEHICLE ACCIDENT | 3/22/2022 9:00 AM | Jury Trial - Civil | WILLIAMS STACI |
| DC-20-15050 | PERFECT LIVING, LLC vs. DALLAS CENTRAL APPRAISAL DISTRICT | TAX APPRAISAL | 3/22/2022 9:00 AM | Jury Trial - Civil | WILLIAMS STACI |
| DC-20-15634 | OSCAR JOHNSON vs. MARC D. FERGASON | MOTOR VEHICLE ACCIDENT | 3/22/2022 9:00 AM | Jury Trial - Civil | WILLIAMS STACI |
| DC-20-15685 | LUIS MARTINEZ vs. VINCENT DUANE ANDREWS, et al | MOTOR VEHICLE ACCIDENT | 3/22/2022 9:00 AM | Jury Trial - Civil | WILLIAMS STACI |
| DC-20-15757 | REGINALD JOHNSON, et al vs. RICHARD CODY METCALF, et al | MOTOR VEHICLE ACCIDENT | 3/22/2022 9:00 AM | Jury Trial - Civil | WILLIAMS STACI |
| DC-20-15851 | SERINA JENKINS vs. JEARLEAN JENKINS | MOTOR VEHICLE ACCIDENT | 3/22/2022 9:00 AM | Jury Trial - Civil | WILLIAMS STACI |
| DC-20-16730 | OSCAR AGUILAR vs. WILLIAMS CONCRETE PRODUCTS, LLC | PROPERTY | 3/22/2022 9:00 AM | Jury Trial - Civil | WILLIAMS STACI |
| DC-20-16860 | NICHOLE HOOTMAN vs. KENIA ROMERO | MOTOR VEHICLE ACCIDENT | 3/22/2022 9:00 AM | Jury Trial - Civil | WILLIAMS STACI |
| DC-20-16935 | MARIA ALDANA vs. COLLIERS INTERNATIONAL NORTH TEXAS, LLC, et al | OTHER PERSONAL INJURY | 3/22/2022 9:00 AM | Jury Trial - Civil | WILLIAMS STACI |
| DC-20- | SEMATA MEHTA vs. JINA | MOTOR VEHICLE | 3/22/2022 | Jury Trial - | WILLIAMS |

| | | | | | |
|---|---|---|---|---|---|
| 17107 | PREAK, et al | ACCIDENT | 9:00 AM | Civil | STACI |
| DC-20-17295 | CONNIE WILKERSON vs. GUIDO CONSTRUCTION, INC. D/B/A GUIDO TRUCKS, et al | MOTOR VEHICLE ACCIDENT | 3/22/2022 9:00 AM | Jury Trial - Civil | WILLIAMS STACI |
| DC-20-19309 | MOAH ELECTRIC INC. vs. BDGC LLC, et al | OTHER (CIVIL) | 3/22/2022 9:00 AM | Non Jury Trial | WILLIAMS STACI |
| DC-21-00692 | TOWER WEST PARTNERS, LP, et al vs. DALLAS CENTRAL APPRAISAL DISTRICT | TAX APPRAISAL | 3/22/2022 9:00 AM | Non Jury Trial | WILLIAMS STACI |
| DC-21-01894 | CHRISTINE LESTER vs. JENNIFER SCHLACHTER | MOTOR VEHICLE ACCIDENT | 3/22/2022 9:00 AM | Non Jury Trial | WILLIAMS STACI |
| DC-21-01993 | IRVING NAPERT vs. USAA GENERAL INDEMNITY COMPANY | OTHER CONTRACT | 3/22/2022 9:00 AM | Jury Trial - Civil | WILLIAMS STACI |
| DC-21-02117 | DALLAS PAINT & BODY, LLC vs. MARTIN LOPEZ, et al | CNTR CNSMR COM DEBT | 3/22/2022 9:00 AM | Non Jury Trial | WILLIAMS STACI |
| DC-21-02289 | PROSPERITY BANK vs. ENERGY PRODUCTION CORPORATION, et al | OTHER (CIVIL) | 3/22/2022 9:00 AM | Non Jury Trial | WILLIAMS STACI |
| DC-21-02437 | BRANDON LILLMARSet al vs. HOMA J. PORTER II, MDet al | MEDICAL MALPRACTICE | 3/22/2022 9:00 AM | Jury Trial - Civil | WILLIAMS STACI |
| DC-21-03471 | YESENIA RAMIREZ vs. TUAN KHANH NGUYEN | MOTOR VEHICLE ACCIDENT | 3/22/2022 9:00 AM | Jury Trial - Civil | WILLIAMS STACI |
| DC-21-03837 | JACQUELINE LEATCH vs. RITA MCCLENDON, et al | MOTOR VEHICLE ACCIDENT | 3/22/2022 9:00 AM | Non Jury Trial | WILLIAMS STACI |
| DC-21-03902 | ESTELLA ESPINOZA vs. EMMANUEL GABRIEL LEEPER | MOTOR VEHICLE ACCIDENT | 3/22/2022 9:00 AM | Jury Trial - Civil | WILLIAMS STACI |
| DC-21-06954 | BANK OF AMERICA, N.A. vs. DEBRA G LANG | CNTR CNSMR COM DEBT | 3/22/2022 9:00 AM | Non Jury Trial | WILLIAMS STACI |
| DC-21-07746 | O FORECLOSURE et al vs. TERESA MARIE VANGILDER et al | FORECLOSURE | 3/22/2022 9:00 AM | Non Jury Trial | WILLIAMS STACI |
| DC-21-09198 | AMERICAN EXPRESS NATIONAL BANK vs. BEVERLY DILL | CNTR CNSMR COM DEBT | 3/22/2022 9:00 AM | Non Jury Trial | WILLIAMS STACI |
| DC-19-19711 | MARSHA SMITH vs. VANESSA WU, et al | MOTOR VEHICLE ACCIDENT | 3/22/2022 1:30 PM | Motion - Reconsider | WILLIAMS STACI |
| DC-21- | DWAIN MALONE vs. | MEDICAL | 3/22/2022 | MOTION | WILLIAMS |

0424

| | | | | | |
|---|---|---|---|---|---|
| 09077 | TEXAS HEART HOSPITAL OF THE SOUTHWEST LLPet al | MALPRACTICE | 2:00 PM | HEARING | STACI |
| DC-21-09077 | DWAIN MALONE vs. TEXAS HEART HOSPITAL OF THE SOUTHWEST LLPet al | MEDICAL MALPRACTICE | 3/22/2022 2:30 PM | MOTION HEARING | WILLIAMS STACI |
| DC-21-06299 | DELORIS PHILLIPS vs. TEXAS DEPARTMENT OF INSURANCE DIVISION OF WORKERS COMPENSATION, FLEMING COMPANIES INC, BANKERS STANDARD, ESIS, UNITED PARCEL SERVICE INC, LIBERTY MUTUTAL INSURANCE CO, TEAMSTERS LOCAL UNION 767, CITY OF DALLAS MUNICIPALITY, DALLAS COUNTY MUNICIPALITY, DALLAS POLICE DEPARTMENT MUNICIPALITY, International Brotherhood of Teamsters, Local Union 767 | WORKERS COMPENSATION | 3/22/2022 3:00 PM | Motion - Quash | WILLIAMS STACI |
| DC-21-09080 | EX PARTE DELORIS PHILLIPS | OTHER (CIVIL) | 3/25/2022 9:00 AM | DISMISSAL FOR WANT OF PROSECUTION | WILLIAMS STACI |
| DC-21-09811 | EQUIPMENTSHARE.COM, INC. vs. CRAWFORD R W, LLC, et al | CNTR CNSMR COM DEBT | 3/25/2022 9:00 AM | DISMISSAL FOR WANT OF PROSECUTION | WILLIAMS STACI |
| DC-21-11513 | DISCOVER BANK vs. EDWIN HERNANDEZ | CNTR CNSMR COM DEBT | 3/25/2022 9:00 AM | DISMISSAL FOR WANT OF PROSECUTION | WILLIAMS STACI |
| DC-21-12017 | JOSE G. LICEA vs. AGUSTIN BERDEJO | MOTOR VEHICLE ACCIDENT | 3/25/2022 9:00 AM | DISMISSAL FOR WANT OF PROSECUTION | WILLIAMS STACI |
| DC-21-12578 | TBK BANK, SSB vs. IM SERVICES GROUP, LLCet al | OTHER CONTRACT | 3/25/2022 9:00 AM | DISMISSAL FOR WANT OF PROSECUTION | WILLIAMS STACI |
| DC-21-14141 | MARIA BERMUDEZ-BUSTILLO vs. TYREK ANTYONE WAITS | MOTOR VEHICLE ACCIDENT | 3/25/2022 9:00 AM | DISMISSAL FOR WANT OF PROSECUTION | WILLIAMS STACI |

0425

| | | | | | |
|---|---|---|---|---|---|
| DC-21-14726 | PHILEMON RAY BROWN, Jr.et al vs. CASTRO'S POOL AND GENERAL CONTRACTOR COMPANYet al | OTHER CONTRACT | 3/25/2022 9:00 AM | DISMISSAL FOR WANT OF PROSECUTION | WILLIAMS STACI |
| DC-21-14961 | DISCOVER BANK vs. ANDREA VANCE | CNTR CNSMR COM DEBT | 3/25/2022 9:00 AM | DISMISSAL FOR WANT OF PROSECUTION | WILLIAMS STACI |
| DC-21-15713 | GABRIELA LEIJA vs. JOSE MARTINEZ | MOTOR VEHICLE ACCIDENT | 3/25/2022 9:00 AM | DISMISSAL FOR WANT OF PROSECUTION | WILLIAMS STACI |
| DC-21-17060 | ONCOR ELECTRIC DELIVERY COMPANY LLC vs. SERGIO ALBERTO CLETO GUERRA | OTHER PERSONAL INJURY | 3/25/2022 9:00 AM | DISMISSAL FOR WANT OF PROSECUTION | WILLIAMS STACI |
| DC-21-17387 | WELLS FARGO BANK, NA. vs. MARTIN W KAUP | CNTR CNSMR COM DEBT | 3/25/2022 9:00 AM | DISMISSAL FOR WANT OF PROSECUTION | WILLIAMS STACI |
| DC-21-17485 | NEORA, LLC vs. NERIUM BIOTECHNOLOGY, INC. | OTHER (CIVIL) | 3/25/2022 9:00 AM | DISMISSAL FOR WANT OF PROSECUTION | WILLIAMS STACI |
| DC-22-00640 | TABORIC LEE vs. LENA JOHNSON, et al | MOTOR VEHICLE ACCIDENT | 3/25/2022 9:00 AM | DISMISSAL FOR WANT OF PROSECUTION | WILLIAMS STACI |
| DC-22-00980 | GWENDOLYN FROST vs. JOHN DOE, et al | PROPERTY | 3/25/2022 9:00 AM | DISMISSAL FOR WANT OF PROSECUTION | WILLIAMS STACI |
| DC-22-00986 | STATE OF TEXAS vs. TWENTY -FOUR THOUSAND FIVE HUNDRED SIXTY-THREE DOLLARS IN UNITED STATES CURRENCY, et al | SEIZURE/FORFEITURE | 3/25/2022 9:00 AM | DISMISSAL FOR WANT OF PROSECUTION | WILLIAMS STACI |
| DC-22-00989 | ROBERT FLETCHER, et al vs. FIX N FLIP SOLUTIONS, LLC, et al | OTHER (CIVIL) | 3/25/2022 9:00 AM | DISMISSAL FOR WANT OF PROSECUTION | WILLIAMS STACI |
| DC-22-00995 | DISCOVER BANK vs. ROSLYN RATLIFF | CNTR CNSMR COM DEBT | 3/25/2022 9:00 AM | DISMISSAL FOR WANT OF PROSECUTION | WILLIAMS STACI |
| DC-22-01014 | JUDY Y HAN, et al vs. BARKAT ALI | CNTR CNSMR COM DEBT | 3/25/2022 9:00 AM | DISMISSAL FOR WANT OF PROSECUTION | WILLIAMS STACI |
| DC-22-01015 | JESSICA LOPEZ vs. BECKWITH, INC., et al | OTHER (CIVIL) | 3/25/2022 9:00 AM | DISMISSAL FOR WANT OF | WILLIAMS STACI |

0426

| | | | | PROSECUTION | |
|---|---|---|---|---|---|
| DC-22-01026 | NATALIE SOKOL , et al vs. KIMBERLY-CLARK CORPORATION | OTHER (CIVIL) | 3/25/2022 9:00 AM | DISMISSAL FOR WANT OF PROSECUTION | WILLIAMS STACI |
| DC-22-01029 | PROGRESSIVE COUNTY MUTUAL INSURANCE COMPANY vs. VICTRON ENERGY INC. | CNTR CNSMR COM DEBT | 3/25/2022 9:00 AM | DISMISSAL FOR WANT OF PROSECUTION | WILLIAMS STACI |
| DC-22-01031 | GEICO COUNTY MUTUAL INSURANCE COMPANY vs. CANDACE MARLENE SHEPPEARD | CNTR CNSMR COM DEBT | 3/25/2022 9:00 AM | DISMISSAL FOR WANT OF PROSECUTION | WILLIAMS STACI |
| DC-22-01039 | O FORCLOSURE et al vs. WILFRED D SASSER , Jr. et al | FORECLOSURE | 3/25/2022 9:00 AM | DISMISSAL FOR WANT OF PROSECUTION | WILLIAMS STACI |
| DC-22-01040 | 21ST MORTGAGE CORPORATION vs. JAIME VILLEGAS, et al | CNTR CNSMR COM DEBT | 3/25/2022 9:00 AM | DISMISSAL FOR WANT OF PROSECUTION | WILLIAMS STACI |
| DC-22-01054 | AGUSTIN GUERRERO vs. ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY | MOTOR VEHICLE ACCIDENT | 3/25/2022 9:00 AM | DISMISSAL FOR WANT OF PROSECUTION | WILLIAMS STACI |
| DC-22-01057 | DISCOVER BANK vs. ACASIO T FLORES | CNTR CNSMR COM DEBT | 3/25/2022 9:00 AM | DISMISSAL FOR WANT OF PROSECUTION | WILLIAMS STACI |
| DC-22-01070 | LACEY JEFFREY, et al vs. GLOBAL CAR RENTALS, LLC | OTHER PERSONAL INJURY | 3/25/2022 9:00 AM | DISMISSAL FOR WANT OF PROSECUTION | WILLIAMS STACI |
| DC-22-01131 | PRESTON BEND VILLAGE II CONDOMINIUM ASSOCIATION, INC. vs. CASSANDRA C. COSSet al | OTHER CONTRACT | 3/25/2022 9:00 AM | DISMISSAL FOR WANT OF PROSECUTION | WILLIAMS STACI |
| DC-22-01156 | CAPITAL ONE BANK (USA), N.A. vs. CORREION R MOSBY | CNTR CNSMR COM DEBT | 3/25/2022 9:00 AM | DISMISSAL FOR WANT OF PROSECUTION | WILLIAMS STACI |
| DC-22-01172 | GEICO COUNTY MUTUAL INSURANCE COMPANY vs. TERESA SOTO NIETO | CNTR CNSMR COM DEBT | 3/25/2022 9:00 AM | DISMISSAL FOR WANT OF PROSECUTION | WILLIAMS STACI |
| DC-22-01188 | MASON DAVID DIFFEE vs. DAVID GUTIERREZ, et al | MOTOR VEHICLE ACCIDENT | 3/25/2022 9:00 AM | DISMISSAL FOR WANT OF PROSECUTION | WILLIAMS STACI |
| DC-22- | SUNDUS ALZUBAIDIet | MEDICAL | 3/25/2022 | DISMISSAL | WILLIAMS |

0427

| | | | | | |
|---|---|---|---|---|---|
| 01226 | al vs. BAYLOR MEDICAL CENTERS AT GARLAND AND MCKINNEYet al | MALPRACTICE | 9:00 AM | FOR WANT OF PROSECUTION | STACI |
| DC-22-01253 | JANGA CHETTYREDDY vs. ARVINDBHAI PATEL, et al | MOTOR VEHICLE ACCIDENT | 3/25/2022 9:00 AM | DISMISSAL FOR WANT OF PROSECUTION | WILLIAMS STACI |
| DC-22-01259 | WINDSOR PARK NO. 2 OWNERS ASSOCIATION, INC et al vs. CAROLYN JONES et al | FORECLOSURE | 3/25/2022 9:00 AM | DISMISSAL FOR WANT OF PROSECUTION | WILLIAMS STACI |
| DC-22-01275 | PROGRESSIVE COUNTY MUTUAL INSURANCE COMPANY vs. KARLA DEL TORO-GONZALEZ | CNTR CNSMR COM DEBT | 3/25/2022 9:00 AM | DISMISSAL FOR WANT OF PROSECUTION | WILLIAMS STACI |
| DC-22-01276 | CLARA LIZETTE CASTRO PADILLA, et al vs. JENNIFER TOVAR | MOTOR VEHICLE ACCIDENT | 3/25/2022 9:00 AM | DISMISSAL FOR WANT OF PROSECUTION | WILLIAMS STACI |
| DC-22-01280 | WASEE CHOWDHURY, et al vs. MADHUMITHA SAKTHIVEL | MOTOR VEHICLE ACCIDENT | 3/25/2022 9:00 AM | DISMISSAL FOR WANT OF PROSECUTION | WILLIAMS STACI |
| DC-22-01291 | JPMORGAN CHASE BANK, N.A. vs. KENNY NGUYEN | CNTR CNSMR COM DEBT | 3/25/2022 9:00 AM | DISMISSAL FOR WANT OF PROSECUTION | WILLIAMS STACI |
| DC-22-01295 | CARFAX, INC. vs. EECU | GARNISHMENT | 3/25/2022 9:00 AM | DISMISSAL FOR WANT OF PROSECUTION | WILLIAMS STACI |
| DC-22-01316 | GOLDMAN SACHS BANK USA vs. CHERYL MCCANE | CNTR CNSMR COM DEBT | 3/25/2022 9:00 AM | DISMISSAL FOR WANT OF PROSECUTION | WILLIAMS STACI |
| DC-21-09555 | CHARLES THOMAS WESNER, Jr. vs. TY EISHA LA'SHA COOPER | MOTOR VEHICLE ACCIDENT | 3/25/2022 2:00 PM | MOTION HEARING | WILLIAMS STACI |
| DC-21-15021 | ACCELERATED INVENTORY MANAGEMENT, LLC vs. FRANK PEREZ | CNTR CNSMR COM DEBT | 3/25/2022 2:00 PM | MOTION HEARING | WILLIAMS STACI |
| DC-21-18409 | RYAN CARTER vs. HO VAN THANH | MOTOR VEHICLE ACCIDENT | 3/25/2022 2:00 PM | MOTION HEARING | WILLIAMS STACI |
| DC-20-06196 | ROBERT CANTWELL vs. PAUL DESCHENES, et al | CNTR CNSMR COM DEBT | 3/28/2022 9:30 AM | Motion - Summary Judgment | WILLIAMS STACI |
| DC-21-01416 | STACIA PRICE, et al vs. ERIC RICO, et al | OTHER PERSONAL INJURY | 3/28/2022 10:00 AM | Motion - Dismiss | WILLIAMS STACI |
| DC-21- | STACIA PRICE, et al vs. | OTHER PERSONAL | 3/28/2022 | Motion - | WILLIAMS |

0428

| | | | | | |
|---|---|---|---|---|---|
| 01416 | ERIC RICO, et al | INJURY | 10:30 AM | Dismiss | STACI |
| DC-21-15997 | FLORENTINO ANDRES vs. DAVID STERMER | CNTR CNSMR COM DEBT | 3/28/2022 11:00 AM | Motion - Transfer | WILLIAMS STACI |
| DC-18-09310 | WILLIE BICKHAM, III, et al vs. BARNES CHRISTOPHER COUNCIL | MOTOR VEHICLE ACCIDENT | 3/28/2022 1:30 PM | Motion - Reconsider | WILLIAMS STACI |
| DC-21-02885 | EMCASCO INSURANCE COMPANY vs. PHILIPPE PEREIRA TEIXEIRA | MOTOR VEHICLE ACCIDENT | 3/28/2022 2:00 PM | Motion - Summary Judgment | WILLIAMS STACI |
| DC-20-07845 | SWIFT FINANCIAL, LLC vs. SH ADDISON, LLC, et al | OTHER (CIVIL) | 3/28/2022 3:00 PM | Motion - Compel | WILLIAMS STACI |

1 - 127 of 127 items

0429