# EXHIBIT PD-17

## Hearing Search Results

Hearings for Judicial Officer **WILLIAMS, STACI** between **4/18/2022** and **4/25/2022**

| Case Number | Style / Defendant | Case Type | Date / Time | Hearing Type | Judge | Courtroom |
|---|---|---|---|---|---|---|
| DC-21-17587 | ONESOURCE VIRTUAL, INC. vs. PRIMEPAY, LLC | CNTR CNSMR COM DEBT | 4/18/2022 1:30 PM | Motion - Dismiss | WILLIAMS, STACI | |
| DC-19-19876 | MICHAEL EDWARDS vs. ROYCE GARRETT, et al | MOTOR VEHICLE ACCIDENT | 4/18/2022 2:00 PM | MOTION HEARING | WILLIAMS, STACI | |
| DC-21-06299 | DELORIS PHILLIPS vs. TEXAS DEPARTMENT OF INSURANCE DIVISION OF WORKERS COMPENSATION, FLEMING COMPANIES INC, BANKERS STANDARD, ESIS, UNITED PARCEL SERVICE INC, LIBERTY MUTUTAL INSURANCE CO, TEAMSTERS LOCAL UNION 767, CITY OF DALLAS MUNICIPALITY, DALLAS COUNTY MUNICIPALITY, DALLAS POLICE DEPARTMENT MUNICIPALITY, International Brotherhood of Teamsters, Local Union 767 | WORKERS COMPENSATION | 4/18/2022 2:30 PM | MOTION HEARING | WILLIAMS, STACI | |
| DC-21-02318 | BANK OF AMERICA, N.A. vs. JOHN W BICKEL, II | CNTR CNSMR COM DEBT | 4/18/2022 3:00 PM | Motion - Summary Judgment | WILLIAMS, STACI | |
| DC-18- | OSCAR D. | PROPERTY | 4/19/2022 | Non Jury | WILLIAMS, | |

0430

| | | | | | |
|---|---|---|---|---|---|
| 07091 | MARMOLEJO vs. JORGE CHAVEZ, et al | | 9:00 AM | Trial | STACI |
| DC-19-00456 | VALORIE TORRES vs. JOSE CARMEN GARCIA | MOTOR VEHICLE ACCIDENT | 4/19/2022 9:00 AM | Jury Trial - Civil | WILLIAMS, STACI |
| DC-19-02481 | DALIA POPOCA vs. SILVIA MORALES ARIZMENDIZ, et al | MOTOR VEHICLE ACCIDENT | 4/19/2022 9:00 AM | Jury Trial - Civil | WILLIAMS, STACI |
| DC-19-04371 | DAVID HANSCHEN, et al vs. JAMES HANSCHEN | OTHER (CIVIL) | 4/19/2022 9:00 AM | Non Jury Trial | WILLIAMS, STACI |
| DC-19-06204 | CHARTER DRYWALL DALLAS, INC. vs. ELIJAH KORD CUSTOM HOMES, INC., ET AL | CNTR CNSMR COM DEBT | 4/19/2022 9:00 AM | Jury Trial - Civil | WILLIAMS, STACI |
| DC-19-06498 | CHARLOTTE DUNN vs. JON DODD | MOTOR VEHICLE ACCIDENT | 4/19/2022 9:00 AM | Jury Trial - Civil | WILLIAMS, STACI |
| DC-19-10595 | FIRST GLENDORA PARTNERS, LTD. vs. PORTOLANI FAMILY, L.P. | CNTR CNSMR COM DEBT | 4/19/2022 9:00 AM | Jury Trial - Civil | WILLIAMS, STACI |
| DC-19-14277 | MATRIX FINANCIAL SERVICES CORPORATION vs. SANDY WALLACE, et al | PROPERTY | 4/19/2022 9:00 AM | Non Jury Trial | WILLIAMS, STACI |
| DC-19-14442 | ELDREDGE AVIATION, LLC vs. JOSHUA MICHAEL HOFFMAN, et al | CNTR CNSMR COM DEBT | 4/19/2022 9:00 AM | Jury Trial - Civil | WILLIAMS, STACI |
| DC-19-15492 | DIONCA WESLEY, et al vs. ALAA RAHHAL, et al | MOTOR VEHICLE ACCIDENT | 4/19/2022 9:00 AM | Jury Trial - Civil | WILLIAMS, STACI |
| DC-20-00219 | ALBERT MCBRIDE vs. KEVIN OMAR SALAZAR ROSALES, et al | MOTOR VEHICLE ACCIDENT | 4/19/2022 9:00 AM | Jury Trial - Civil | WILLIAMS, STACI |
| DC-20-00358 | LATOYA MARTIN vs. MARIA DEJESUS GARCIA | MOTOR VEHICLE ACCIDENT | 4/19/2022 9:00 AM | Jury Trial - Civil | WILLIAMS, STACI |
| DC-20-01891 | ERNESTO LOPEZ vs. NOGALES | MOTOR VEHICLE | 4/19/2022 9:00 AM | Jury Trial - Civil | WILLIAMS, STACI |

0431

| | | | | | |
|---|---|---|---|---|---|
| | PRODUCE, INC., et al | ACCIDENT | | | |
| DC-20-03940 | RAMON BALTAZAR vs. RG WELDING OILFIELD SERVICES LLC, et al | OTHER PERSONAL INJURY | 4/19/2022 9:00 AM | Jury Trial - Civil | WILLIAMS, STACI |
| DC-20-04062 | MARCO TORRES, et al vs. LOGAN SMITH, et al | MOTOR VEHICLE ACCIDENT | 4/19/2022 9:00 AM | Jury Trial - Civil | WILLIAMS, STACI |
| DC-20-04276 | JEFFREY DELON DAVIS vs. DAMARQUES ANTWON DAVIS, et al | MOTOR VEHICLE ACCIDENT | 4/19/2022 9:00 AM | Jury Trial - Civil | WILLIAMS, STACI |
| DC-20-04595 | SOPHIA BROWN, et al vs. EDGAR NAVA SILVA, et al | MOTOR VEHICLE ACCIDENT | 4/19/2022 9:00 AM | Jury Trial - Civil | WILLIAMS, STACI |
| DC-20-04708 | DAVID SCOTT vs. AURLIANA CAMARGO, et al | MOTOR VEHICLE ACCIDENT | 4/19/2022 9:00 AM | Jury Trial - Civil | WILLIAMS, STACI |
| DC-20-04848 | NICOLE QUINN vs. PATRICK NIYIBIZI, et al | MOTOR VEHICLE ACCIDENT | 4/19/2022 9:00 AM | Jury Trial - Civil | WILLIAMS, STACI |
| DC-20-04881 | SANDRA PEREZ vs. ALISON SIRAVO | MOTOR VEHICLE ACCIDENT | 4/19/2022 9:00 AM | Jury Trial - Civil | WILLIAMS, STACI |
| DC-20-04900 | LULA ANDERSON, et al vs. ALEXA DOMINGUEZ-RODRIGUEZ, et al | MOTOR VEHICLE ACCIDENT | 4/19/2022 9:00 AM | Jury Trial - Civil | WILLIAMS, STACI |
| DC-20-04972 | MARIA ROCHA vs. TEXAS THRIFT STORES INC., et al | PROPERTY | 4/19/2022 9:00 AM | Jury Trial - Civil | WILLIAMS, STACI |
| DC-20-04982 | SHIRLEY MEDARIS vs. BRUCE MORRIS, MD et al | MEDICAL MALPRACTICE | 4/19/2022 9:00 AM | Jury Trial - Civil | WILLIAMS, STACI |
| DC-20-05080 | JENNIFER NICOLE REYES vs. RAJAN PANTA | MOTOR VEHICLE ACCIDENT | 4/19/2022 9:00 AM | Jury Trial - Civil | WILLIAMS, STACI |
| DC-20-05192 | NATIONAL LLOYDS INSURANCE COMPANY vs. LISA GARAY | OTHER (CIVIL) | 4/19/2022 9:00 AM | Jury Trial - Civil | WILLIAMS, STACI |

0432

| Case No. | Parties | Type | Date | Trial Type | Judge |
|---|---|---|---|---|---|
| DC-20-05228 | MARC P. GAJIWALA vs. REGINA GAJIWALA | OTHER (CIVIL) | 4/19/2022 9:00 AM | Jury Trial - Civil | WILLIAMS, STACI |
| DC-20-06440 | CHARLESEA ALLEN vs. JOSE SANTIAGO CASTILLO | MOTOR VEHICLE ACCIDENT | 4/19/2022 9:00 AM | Jury Trial - Civil | WILLIAMS, STACI |
| DC-20-06505 | LEON TACKETT vs. LAURA COOKSEY | MOTOR VEHICLE ACCIDENT | 4/19/2022 9:00 AM | Jury Trial - Civil | WILLIAMS, STACI |
| DC-20-06578 | ETHEL BUCKLEY vs. JASMINE HERNANDEZ | MOTOR VEHICLE ACCIDENT | 4/19/2022 9:00 AM | Jury Trial - Civil | WILLIAMS, STACI |
| DC-20-06625 | CAROL COTTON vs. CLAUDIA IRENE MERCHER | OTHER PERSONAL INJURY | 4/19/2022 9:00 AM | Jury Trial - Civil | WILLIAMS, STACI |
| DC-20-06644 | LADAMONYON HALL vs. CLINT TURNIPSEED, et al | MOTOR VEHICLE ACCIDENT | 4/19/2022 9:00 AM | Jury Trial - Civil | WILLIAMS, STACI |
| DC-20-06788 | ANGELA MERRIDY vs. JUANITA RODRIGUEZ, et al | MOTOR VEHICLE ACCIDENT | 4/19/2022 9:00 AM | Jury Trial - Civil | WILLIAMS, STACI |
| DC-20-07140 | JAMES HARRIS, et al vs. DALLAS AREA RAPID TRANSIT | MOTOR VEHICLE ACCIDENT | 4/19/2022 9:00 AM | Jury Trial - Civil | WILLIAMS, STACI |
| DC-20-07310 | JOSE LOZANO, et al vs. JOSE SANCHEZ, et al | MOTOR VEHICLE ACCIDENT | 4/19/2022 9:00 AM | Jury Trial - Civil | WILLIAMS, STACI |
| DC-20-07447 | ALEJANDRA SOTO, et al vs. JESSICA BOATMAN | MOTOR VEHICLE ACCIDENT | 4/19/2022 9:00 AM | Jury Trial - Civil | WILLIAMS, STACI |
| DC-20-07692 | CLAUDIA FOWLER vs. DALLAS COUNTY TAX OFFICE, et al | OTHER PERSONAL INJURY | 4/19/2022 9:00 AM | Jury Trial - Civil | WILLIAMS, STACI |
| DC-20-07901 | GUADALUPE YOLANDA RODRIGUEZ vs. JOHN OLIPHANT, et al | MOTOR VEHICLE ACCIDENT | 4/19/2022 9:00 AM | Jury Trial - Civil | WILLIAMS, STACI |
| DC-20-08551 | HOMERO CORTEZ ALVAREZ vs. UNITED SITE SERVICES OF TEXAS INC, et al | OTHER PERSONAL INJURY | 4/19/2022 9:00 AM | Jury Trial - Civil | WILLIAMS, STACI |

| Case | Parties | Type | Date/Time | Trial Type | Judge |
|---|---|---|---|---|---|
| DC-20-08835 | TERRY WATSON vs. CHRISTOPHER REID, et al | MOTOR VEHICLE ACCIDENT | 4/19/2022 9:00 AM | Jury Trial - Civil | WILLIAMS, STACI |
| DC-20-08854 | TERRY COZBY vs. LETICIA POOLE | MOTOR VEHICLE ACCIDENT | 4/19/2022 9:00 AM | Jury Trial - Civil | WILLIAMS, STACI |
| DC-20-08869 | MARY BELL vs. CARMEN MAJORS, et al | MOTOR VEHICLE ACCIDENT | 4/19/2022 9:00 AM | Jury Trial - Civil | WILLIAMS, STACI |
| DC-20-09313 | SJB DEVELOPMENT LLC et al vs. LONESTAR TAPE, BED & TEXTURE CENTRAL TEXAS LLC et al | CONSTRUCTION | 4/19/2022 9:00 AM | Jury Trial - Civil | WILLIAMS, STACI |
| DC-20-09719 | LISA M ISAACS vs. TEXAS WING INC., et al | PROPERTY | 4/19/2022 9:00 AM | Jury Trial - Civil | WILLIAMS, STACI |
| DC-20-09810 | BENJAMIN HILL LLC vs. CHARLES GEORGE | OTHER (CIVIL) | 4/19/2022 9:00 AM | Non Jury Trial | WILLIAMS, STACI |
| DC-20-10141 | SEBASTIAN PHENIX vs. V & M TRUCK SALES INC, et al | MOTOR VEHICLE ACCIDENT | 4/19/2022 9:00 AM | Jury Trial - Civil | WILLIAMS, STACI |
| DC-20-11445 | DEONITA HUBBARD vs. MARIA SILVIA, et al | MOTOR VEHICLE ACCIDENT | 4/19/2022 9:00 AM | Jury Trial - Civil | WILLIAMS, STACI |
| DC-20-11580 | VICTOR GASPAR vs. PNP HOSPITALITY, INC. | PROPERTY | 4/19/2022 9:00 AM | Jury Trial - Civil | WILLIAMS, STACI |
| DC-20-12065 | RUFINA RAMIREZ-GARCIA vs. JUSTIN BLAINE SHEAD, et al | MOTOR VEHICLE ACCIDENT | 4/19/2022 9:00 AM | Jury Trial - Civil | WILLIAMS, STACI |
| DC-20-12946 | UNIONINVESTMENT REAL EST GMBH vs. DALLAS CENTRAL APPRAISAL DISTRICT | TAX APPRAISAL | 4/19/2022 9:00 AM | Jury Trial - Civil | WILLIAMS, STACI |
| DC-20-13054 | JJN SPIRIT, LP vs. KINZIE ADELE NORRIS | CNTR CNSMR COM DEBT | 4/19/2022 9:00 AM | Jury Trial - Civil | WILLIAMS, STACI |
| DC-20-13269 | INTERNATIONAL CENTER DEVELOPMENT | TAX APPRAISAL | 4/19/2022 9:00 AM | Jury Trial - Civil | WILLIAMS, STACI |

| | | | | | |
|---|---|---|---|---|---|
| | XVIII LLC vs. DALLAS CENTRAL APPRAISAL DISTRICT | | | | |
| DC-20-13789 | JOSE MENDOZA vs. ADRIANA GUERRERO | MOTOR VEHICLE ACCIDENT | 4/19/2022 9:00 AM | Jury Trial - Civil | WILLIAMS, STACI |
| DC-20-14116 | HSRE-RCP GATEWAY, LP (6121 North State Highway 161) vs. DALLAS CENTRAL APPRAISAL DISTRICT | TAX APPRAISAL | 4/19/2022 9:00 AM | Jury Trial - Civil | WILLIAMS, STACI |
| DC-20-14720 | WANDA HOUSTON vs. RICARDO VEGA GARCIA, et al | MOTOR VEHICLE ACCIDENT | 4/19/2022 9:00 AM | Jury Trial - Civil | WILLIAMS, STACI |
| DC-20-18252 | JORGE CHEL, et al vs. ESTHER NKEM NWACHOKOR | MOTOR VEHICLE ACCIDENT | 4/19/2022 9:00 AM | Jury Trial - Civil | WILLIAMS, STACI |
| DC-20-18267 | BARRON LADELL vs. MICHAEL DOTY, et al | MOTOR VEHICLE ACCIDENT | 4/19/2022 9:00 AM | Jury Trial - Civil | WILLIAMS, STACI |
| DC-20-18279 | CHERIE COMPOTARO vs. ALEJANDRA HERNANDEZ, et al | MOTOR VEHICLE ACCIDENT | 4/19/2022 9:00 AM | Jury Trial - Civil | WILLIAMS, STACI |
| DC-20-18489 | AJIBOLA OMISORE vs. ERA GILLESPIE, et al | MOTOR VEHICLE ACCIDENT | 4/19/2022 9:00 AM | Jury Trial - Civil | WILLIAMS, STACI |
| DC-20-18552 | PRECIOUS WILLIAMSet al vs. CHRISTOPHER L. BELL, MDet al | MEDICAL MALPRACTICE | 4/19/2022 9:00 AM | Jury Trial - Civil | WILLIAMS, STACI |
| DC-20-18790 | QUINESTZ TILLMAN vs. JENNIFER TOVAR | MOTOR VEHICLE ACCIDENT | 4/19/2022 9:00 AM | Jury Trial - Civil | WILLIAMS, STACI |
| DC-20-18919 | HOWARD GYLER vs. BRANDON RAMIREZ | MOTOR VEHICLE ACCIDENT | 4/19/2022 9:00 AM | Jury Trial - Civil | WILLIAMS, STACI |
| DC-20-18993 | TERREON ANDERSON, et al vs. BRANDI MAE VEGA, et al | MOTOR VEHICLE ACCIDENT | 4/19/2022 9:00 AM | Jury Trial - Civil | WILLIAMS, STACI |
| DC-20- | DAVID COLE vs. | PROPERTY | 4/19/2022 | Jury Trial - | WILLIAMS, |

| | | | | | |
|---|---|---|---|---|---|
| 19037 | MELBA TOMPKINS | | 9:00 AM | Civil | STACI |
| DC-20-19054 | ANGELA WADE vs. CHARLES FLOYD, et al | MOTOR VEHICLE ACCIDENT | 4/19/2022 9:00 AM | Jury Trial - Civil | WILLIAMS, STACI |
| DC-20-19321 | CARLTON RUSSELL vs. NANA YAW AMOAH et al | PROFESSIONAL LIABILITY | 4/19/2022 9:00 AM | Jury Trial - Civil | WILLIAMS, STACI |
| DC-21-00049 | JOSEPH KOWALSKI vs. KAREN BELL | MOTOR VEHICLE ACCIDENT | 4/19/2022 9:00 AM | Jury Trial - Civil | WILLIAMS, STACI |
| DC-21-00124 | MAURO CURIEL BELTRAN vs. ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY | OTHER (CIVIL) | 4/19/2022 9:00 AM | Jury Trial - Civil | WILLIAMS, STACI |
| DC-21-00636 | MELODY WALKER vs. CATHERINE PHAM | MOTOR VEHICLE ACCIDENT | 4/19/2022 9:00 AM | Jury Trial - Civil | WILLIAMS, STACI |
| DC-21-00727 | PASHA & SINA, INC. vs. DALLAS CENTRAL APPRAISAL DISTRICT | TAX APPRAISAL | 4/19/2022 9:00 AM | Non Jury Trial | WILLIAMS, STACI |
| DC-21-00806 | STEPHANIE BIGNELLet al vs. CHILDREN'S MEDICAL CENTER DALLASet al | MEDICAL MALPRACTICE | 4/19/2022 9:00 AM | Jury Trial - Civil | WILLIAMS, STACI |
| DC-21-01038 | LARRY WILLIAMS vs. ANTENEH MENGESTABE, et al | MOTOR VEHICLE ACCIDENT | 4/19/2022 9:00 AM | Jury Trial - Civil | WILLIAMS, STACI |
| DC-21-01079 | WENDY KRATZ vs. RANDALL FRAKES, et al | OTHER PERSONAL INJURY | 4/19/2022 9:00 AM | Jury Trial - Civil | WILLIAMS, STACI |
| DC-21-01171 | JENNIFER WILSON vs. ERIKA MUNOZ | MOTOR VEHICLE ACCIDENT | 4/19/2022 9:00 AM | Jury Trial - Civil | WILLIAMS, STACI |
| DC-21-01434 | MICHAEL DAVENPORT vs. JOSE AUGUSTO MARQUEZ JAN, et al | MOTOR VEHICLE ACCIDENT | 4/19/2022 9:00 AM | Jury Trial - Civil | WILLIAMS, STACI |
| DC-21-01623 | DE'YUNA HILL, et al vs. PROGRESSIVE | MOTOR VEHICLE | 4/19/2022 9:00 AM | Jury Trial - Civil | WILLIAMS, STACI |

| | | CASUALTY INSURANCE COMPANY | ACCIDENT | | | |
|---|---|---|---|---|---|---|
| DC-21-01737 | ELIAZAR JOSEMARIA, et al vs. MARVIN MILHOUSE, et al | MOTOR VEHICLE ACCIDENT | 4/19/2022 9:00 AM | Jury Trial - Civil | WILLIAMS, STACI |
| DC-21-03124 | MAURICIO MARTINEZ vs. EOS GROUP INC, et al | MOTOR VEHICLE ACCIDENT | 4/19/2022 9:00 AM | Jury Trial - Civil | WILLIAMS, STACI |
| DC-21-03437 | JENNIFER MUSSELL vs. MIDLAND FUNDING, LLC, et al | OTHER PERSONAL INJURY | 4/19/2022 9:00 AM | Non Jury Trial | WILLIAMS, STACI |
| DC-21-05198 | MARIA DE LA CRUZ SALAS vs. ANGELICA SUSANA GANDARA ESCAJEDA | MOTOR VEHICLE ACCIDENT | 4/19/2022 9:00 AM | Jury Trial - Civil | WILLIAMS, STACI |
| DC-21-07675 | JAMES WHITE, et al vs. CHRISTA LEE EVANS | MOTOR VEHICLE ACCIDENT | 4/19/2022 9:00 AM | Non Jury Trial | WILLIAMS, STACI |
| DC-21-07709 | DISCOVER BANK vs. GISELLE MARTINEZ | CNTR CNSMR COM DEBT | 4/19/2022 9:00 AM | Non Jury Trial | WILLIAMS, STACI |
| DC-21-08262 | WARREN DALE MCDONALD, et al vs. CHARLOTTE COOK, et al | PROPERTY | 4/19/2022 9:00 AM | Non Jury Trial | WILLIAMS, STACI |
| DC-21-08575 | ONCOR ELECTRIC DELIVERY COMPANY LLC vs. MARCO ANTONIO CRUZ | OTHER PERSONAL INJURY | 4/19/2022 9:00 AM | Non Jury Trial | WILLIAMS, STACI |
| DC-21-11289 | KATHERINE COLEMAN vs. MERIDIAN WILLIAMSBURG ACQUISITION PARTNERS, LPet al | MEDICAL MALPRACTICE | 4/19/2022 9:00 AM | Jury Trial - Civil | WILLIAMS, STACI |
| DC-21-15170 | TAMIA JONES WILSON, et al vs. JACQUELINE PHILLIPS | MOTOR VEHICLE ACCIDENT | 4/19/2022 9:00 AM | Jury Trial - Civil | WILLIAMS, STACI |
| DC-21- | Dan Kennedy EPSP | CNTR CNSMR | 4/25/2022 | Motion - | WILLIAMS, |

| | | | | | |
|---|---|---|---|---|---|
| 12339 | 401K, et al vs. Fontana Holdings, Inc., et al | COM DEBT | 9:30 AM | Summary Judgment | STACI |
| DC-21-12339 | Dan Kennedy EPSP 401K, et al vs. Fontana Holdings, Inc., et al | CNTR CNSMR COM DEBT | 4/25/2022 10:00 AM | Motion - Summary Judgment | WILLIAMS, STACI |
| DC-21-06299 | DELORIS PHILLIPS vs. TEXAS DEPARTMENT OF INSURANCE DIVISION OF WORKERS COMPENSATION, FLEMING COMPANIES INC, BANKERS STANDARD, ESIS, UNITED PARCEL SERVICE INC, LIBERTY MUTUTAL INSURANCE CO, TEAMSTERS LOCAL UNION 767, CITY OF DALLAS MUNICIPALITY, DALLAS COUNTY MUNICIPALITY, DALLAS POLICE DEPARTMENT MUNICIPALITY, International Brotherhood of Teamsters, Local Union 767 | WORKERS COMPENSATION | 4/25/2022 10:30 AM | Motion - Dismiss | WILLIAMS, STACI |
| DC-21-18178 | IN RE: CODY LEWIS | OTHER (CIVIL) | 4/25/2022 11:00 AM | MOTION HEARING | WILLIAMS, STACI |
| DC-18-07866 | Fernando Herrera vs. Dallas Independent School District | EMPLOYMENT | 4/25/2022 1:30 PM | Plea to Jurisdiction | WILLIAMS, STACI |
| DC-20-15967 | PALAZZO HOLDINGS LLC vs. PASMAA GP INVESTMENT FUND MANAGER LLC, et al | CNTR CNSMR COM DEBT | 4/25/2022 2:00 PM | MOTION HEARING | WILLIAMS, STACI |
| DC-21- | EPHRAIM KENG vs. | MOTOR | 4/25/2022 | Motion - | WILLIAMS, |

0438

| 03464 | HECTOR GARCIA, et al | VEHICLE ACCIDENT | 2:30 PM | Strike | STACI |
| DC-21-03296 | PAKITA ROGERS, et al vs. LUCAS JENSON, et al | MOTOR VEHICLE ACCIDENT | 4/25/2022 3:00 PM | Motion - Strike | WILLIAMS, STACI |

1 - 97 of 97 items