BTXN 208 (rev. 07/09)

| | | |
|---|---|---|
| IN RE: Ellington v. Daugherty<br>**DEBTOR** | Scott Ellington's Motion to Abstain and to Remand, doc. #3 | Case # 22–03003–sgj |

**TYPE OF HEARING**

| | | |
|---|---|---|
| Scott Byron Ellington<br>**PLAINTIFF / MOVANT** | VS | Patrick Daugherty<br>**DEFENDANT / RESPONDENT** |
| Frances A. Smith<br>**ATTORNEY** | | Andrew K. York<br>**ATTORNEY** |

### EXHIBITS

| SEE EXHIBIT LIST | SEE EXHIBIT LIST |
|---|---|
| Exhibit SE–1 Plaintiff's Original Petition, Application for Temporary Restraining Order etc... | Exhibit #PD–10 Screenshot during Scott Ellington's February 16, 2021 deposition |
| Exhibit SE–2 Temporary Restraining Order "EOD January 12, 2022" | Exhibit #PD–13 Petition filed by Ellington in Cause N. DC–22–00304 in the 101st Judicial District of Dallas County, Texas (State Court Action) |
| Exhibit SE–3 Screenshot during Scott Ellington's February 16, 2021 deposition | Exhibit #PD–14 January 13, 2022, Litigation Hold letter from Michael Hurst |
| Exhibit SE–4 Final Judgment "EOD July 14, 2014 in Highland Capital Management, L.P. v Patrick Daugherty v Sierra Verde, LLC, et al., Cause No. 12–04005, in the 68th Judicial District Court, Dallas County, Texas | Exhibit #PD–15 January 31, 2022, letter from Michelle Hartman to John A. Morris and Jeffrey N. Pomerantz |
| Exhibit SE–5 Order Approving Settlement with Patrick Hagaman Daugherty (Claim No. 205) and Authorizing Actions Consistent Therewith "Entered in main case no. 19–34054 at dkt #3298 | Exhibit #PD–16 Copy of the 101st District Court of Dallas County's Hearing Docket for the week of March 21, 2022 |
| | Exhibit #PD–17 Copy of the 101st District Court of Dallas County's Hearing Docket for the week of April 18, 2022 |

| | | |
|---|---|---|
| Michael Edmond<br>**REPORTED BY** | March 29, 2022<br>**HEARING DATE** | Stacey G. Jernigan<br>**JUDGE PRESIDING** |