



CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed March 28, 2022**

_____
**United States Bankruptcy Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| HIGHLAND CAPITAL MANAGEMENT, L.P.,[1] | Case No. 19-34054 (SGJ) |
| Reorganized Debtor. | |
| SCOTT BYRON ELLINGTON, | |
| Plaintiff, | Adv. No. 22-03003-sgj |
| | *Removed from the 101st Judicial District Court of Dallas County, Texas Cause No. DC-22-00304* |
| v. | |
| PATRICK DAUGHERTY, | |
| Defendant. | |

---

[1] The last four digits of the Reorganized Debtor's taxpayer identification number are (8357). The headquarters and service address for the Reorganized Debtor is 100 Crescent Court, Suite 1850, Dallas, TX 75201.

-1-

**ORDER GRANTING PATRICK DAUGHERTY'S MOTION FOR LEAVE TO FILE UNDER SEAL HIS UNREDACTED BRIEF IN SUPPORT OF PATRICK DAUGHERTY'S RESPONSE TO SCOTT ELLINGTON'S EMERGENCY MOTION TO ABSTAIN AND TO REMAND, AND APPENDIX THERETO**

Before the Court is the *Motion for Leave to File Under Seal His Unredacted Brief in Support of Patrick Daugherty's Response to Scott Ellington's Emergency Motion to Abstain and to Remand, and Appendix Thereto* (the "Motion") filed by Defendant Patrick Daugherty ("Daugherty"). The Court finds Defendant's Motion should be **GRANTED**. Accordingly, it is

**ORDERED** that Daugherty is to file unredacted versions of his Response Brief and Appendix Thereto under seal.

###END OF ORDER###

PROPOSED FORM OF ORDER PREPARED BY:

Jason S. Brookner
Texas Bar No. 24033684
Andrew K. York
Texas Bar No. 24051554
Drake M. Rayshell
Texas Bar No. 24118507
GRAY REED
1601 Elm Street, Suite 4600
Dallas, Texas 75201
Telephone:  (214) 954-4135
Facsimile:   (214) 953-1332
Email: jbrookner@grayreed.com
          dyork@grayreed.com
          drayshell@grayreed.com

COUNSEL TO PATRICK DAUGHERTY

United States Bankruptcy Court

Northern District of Texas

Ellington,
    Plaintiff

Daugherty,
    Defendant

Adv. Proc. No. 22-03003-sgj

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0539-3 | User: admin | Page 1 of 1 |
| Date Rcvd: Mar 28, 2022 | Form ID: pdf001 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 30, 2022:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| ust | + Email/Text: ustpregion06.da.ecf@usdoj.gov | Mar 28 2022 21:27:00 | United States Trustee, 1100 Commerce Street, Room 976, Dallas, TX 75242-0996 |

TOTAL: 1

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 30, 2022      Signature:      /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 28, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Frances Anne Smith | on behalf of Plaintiff Scott Byron Ellington frances.smith@judithwross.com michael.coulombe@judithwross.com |
| Jason S. Brookner | on behalf of Defendant Patrick Daugherty jbrookner@grayreed.com lwebb@grayreed.com;acarson@grayreed.com |

TOTAL: 2