

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

The following constitutes the ruling of the court and has the force and effect therein described.

Signed April 11, 2022

_____
United States Bankruptcy Judge

_____

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| In re: | Chapter 11 |
|---|---|
| HIGHLAND CAPITAL MANAGEMENT, L.P., | Case No. 19-34054-sgj11 |
| Reorganized Debtor. | |
| SCOTT BYRON ELLINGTON, | Adv. Pro. No. 22-03003-sgj |
| Petitioner, | *Removed from the 101st Judicial District Court of Dallas County, Texas Cause No. DC-22-0304* |
| v. | |
| PATRICK DAUGHERTY, | |
| Respondent. | |

### ORDER GRANTING SCOTT ELLINGTON'S
### EMERGENCY MOTION TO ABSTAIN AND TO REMAND

This matter having come before the court on *Scott Ellington's Emergency Motion to Abstain and to Remand* in the above-captioned case; and this Court having considered all papers filed in support of or in opposition to the Motion, the oral argument of counsel, if any, and all other pleadings and papers on file herein, the Court finds as follows:

Scott Ellington's Emergency Motion to Abstain and to Remand is GRANTED; the Court abstains from hearing and trying this proceeding; and this action is remanded immediately to the 101st Judicial District Court in Dallas County, Texas.

IT IS SO ORDERED

# # # End of Order # # #

Proposed form of order prepared by:

Frances A. Smith
State Bar No. 24033084
Eric Soderlund
State Bar No. 24037525
**ROSS & SMITH, PC**
700 N. Pearl Street, Suite 1610
Dallas, Texas 75201
Telephone: 214-377-7879
Facsimile: 214-377-9409
Email: frances.smith@judithwross.com
eric.soderlund@judithwross.com

Michelle Hartmann
State Bar No. 24032402
**BAKER & MCKENZIE LLP**
1900 North Pearl, Suite 1500
Dallas, Texas 75201
Telephone: 214-978-3000
Facsimile: 214-978-3099
Email: michelle.hartmann@bakermckenzie.com

Debra A. Dandeneau
Blaire Cahn
**BAKER & MCKENZIE LLP**
452 Fifth Ave
New York, NY 10018
Telephone: 212-626-4875
Email: debra.dandeneau@bakermckenzie.com
Email: frank.grese@bakermckenzie.com
(*Admitted pro hac vice*)

*Co-Counsel for Scott Ellington*