BTXN 021 (rev. 01/04)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

In Re: §
Highland Capital Management, L.P. §
§ Case No.:   19–34054–sgj11
   Debtor(s) § Chapter No.:   11
§
Scott Byron Ellington §
   Plaintiff(s) § Adversary No.:   22–03003–sgj
   vs. §
Patrick Daugherty §
   Defendant(s) §

Dear Clerk:

   I herewith enclose certified copies of the original Order of Remand and docket sheet in the above captioned case which has been remanded to your district pursuant to:

   Order remanding to the 101st Judicial District Court in Dallas County, Texas EOD 4/11/2022.

   Please acknowledge receipt on the copy of this form provided.


DATED:  4/11/22                    FOR THE COURT:
                                   Robert P. Colwell, Clerk of Court

                                   by: /s/Marcey D Okafor, Deputy Clerk

---

I acknowledge receipt of the above referenced material or record and certify that it was filed in this court on
_____.

Name: _____    Signature: _____

New Case Number: _____


For address information please visit our website. http://www.txnb.uscourts.gov